THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Barbara A. Epps, Respondent,
 
 
 

v.

 
 
 
 Joe Dean Epps,
 Jr., Appellant.
 
 
 

Appeal From Greenville County
 Robert N. Jenkins, Sr., Family Court
Judge

Unpublished Opinion No. 2012-UP-146   
 Submitted February 1, 2012  Filed March
7, 2012

APPEAL DISMISSED

 
 
 
 Joe Dean Epps, Jr., pro se, of Conway.
 Randall L. Chambers, of Greenville, for
 Respondent.
 
 
 

PER CURIAM: Joe Dean Epps Jr. (Husband) appeals from two family court orders: the first equitably
 divided the parties' marital property and granted alimony to Barbara A. Epps
 (Wife) and the second awarded Wife half of Husband's military retirement.  Because procedural defects[1] preclude meaningful review of this
 appeal, we dismiss[2] pursuant to Rule 220(b)(1), SCACR, and the following authorities: Rule 208(b)(1)(B), SCACR ("Ordinarily, no point
 will be considered which is not set forth in the statement of the issues on
 appeal."); Rule 211(b), SCACR (requiring the content of a party's final
 brief to be identical to the initial brief, with the exception of revising the
 references "to indicate where the material appears in the Record on
 Appeal" and correcting obvious typographical errors and misspellings
 contained in the initial brief); Rule 210(c), SCACR (excluding from the record
 any "matter which was not presented to the lower court").
APPEAL
 DISMISSED.
WILLIAMS, THOMAS, and LOCKEMY,
 JJ., concur.
[1] Most significantly, Husband never served or filed a
 final appellant's brief; instead, as his "final brief," Husband
 submitted a bound reply brief containing no statement of the issues on appeal.
[2] We decide this case without oral argument
 pursuant to Rule 215, SCACR.